UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**DON BUTLER, et al.,**
    Plaintiffs,

v.

**MERRICK GARLAND,** *in his official capacity as Attorney General of the United States*, **et al.,**
    Defendants.

Case No. 1:24-cv-975-CLM

## SCHEDULING ORDER

This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause. The dates and deadlines in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Deadline for Defendants to respond to complaint and provide Plaintiffs' administrative record | November 15, 2024 |
| Plaintiffs' motion for summary judgment on the administrative record | December 6, 2024 |
| Defendants' opposition and cross-motion for summary judgment on the administrative record | January 3, 2025 |
| Plaintiffs' opposition and reply brief | January 17, 2025 |
| Defendants' reply brief | January 31, 2025 |

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order.

**Done** and **Ordered** on November 4, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE