IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DON BUTLER; DAVID GLIDEWELL; NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendants. | Civil Action No. 1:24-CV-00975 |

## MOTION TO WITHDRAW

Brenton Thompson, attorney for the Plaintiffs, Don Butler, David Glidewell and National Rifle Association of America, Inc., respectfully requests this Court to allow him to withdraw as Counsel for the Plaintiffs.

James W. Porter, III, and W. Chadwick Lamar, Jr., of Bradley Arant Boult Cummings LLP, have appeared in this case and will remain as counsel of record for Plaintiffs. The withdrawal of Mr. Thompson will not prejudice any party in this action.

Wherefore, undersigned counsel requests that this Court grant his Motion to Withdraw.

Respectfully submitted on January 16, 2025.

                                    /s/Brenton Thompson
                                    Brenton Thompson

1

Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Ave N.
Birmingham, AL 35203
P: (205) 521-8994
E: bthompson@bradley.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 16, 2025 a true and correct copy of the Motion to Withdraw was served via the Court's CM/ECF system to all counsel of record.

*/s/Brenton Thompson*
Brenton Thompson
