UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DON BUTLER, et al.,**<br>  Plaintiffs,<br><br>**v.**<br><br>**PAMELA BONDI,** *in her official capacity as Attorney General of the United States*, **et al.,**<br>  Defendants. | **Case No. 1:24-cv-975-CLM** |

## ORDER

The court **GRANTS** Defendants' motion for stay (doc. 55) as follows:

- The court **SUSPENDS** Defendants' February 21, 2025, deadline to file a reply brief in support of their cross-motion for summary judgment.

- The court **STAYS** this case until **Tuesday, March 18, 2025**.

- The court **SETS** a telephone status conference for **March 18, 2025, at 10:00 AM Central**, to discuss whether to extend or lift the stay. Counsel should call (877) 873-8018 and use access code 6714714 to participate in the telephone conference.

According to the President's Executive Order, the Attorney General has until on or before March 9, 2025, to propose a plan related to the ATF regulations at issue here. *See* 90 Fed. Reg. 9503. Thus, the court expects that (to the extent she is able), the Attorney General will be able to inform the court whether the administration's position on the ATF regulations have changed during the March 18, 2025, telephone conference.

Under Fed. R. Civ. P. 25(d), the court **DIRECTS** the Clerk of Court to substitute Pamela Bondi, in her official capacity as Attorney General of the United States, as a Defendant for former Attorney General Merrick Garland.

The court also **DIRECTS** the Clerk to substitute Marvin G. Richardson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, as a Defendant for former ATF Director Steven Dettelbach.

**Done** and **Ordered** on February 18, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE