UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DON BUTLER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00975-CLM |

## NOTICE

Defendants respectfully file this Notice to inform the Court that on April 7, 2025, the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a press release announcing that DOJ and ATF will conduct a "comprehensive" and "in-depth review over the coming months" of the rule under review in this case to "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* ATF Press Release, *DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules*, https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules (Apr. 7, 2025).

1

Dated: April 16, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

<u>*/s/ Zachary W. Sherwood*</u>
ZACHARY W. SHERWOOD
(Indiana Bar No. 37147-49)
JEREMY S.B. NEWMAN
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On April 16, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Alabama, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                      */s/ Zachary W. Sherwood*
                                                      Zachary W. Sherwood
                                                      Trial Attorney
                                                      U.S. Department of Justice