# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DON BUTLER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00975-CLM |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Federal Rule of Civil Procedure 6(b) and the Court's Uniform Initial Order, ECF No. 16, Defendants respectfully move for an extension of time to file their reply in support of their Cross-Motion for Summary Judgment, ECF No. 23. Specifically, Defendants request that their reply deadline be extended by seven days to May 16, 2025. Defendants have conferred with Plaintiffs, and Plaintiffs do not object to Defendants' request for a one-week extension, but believe that any further delay would be unwarranted and unjust.

Good cause exists to grant the requested relief. As Defendants have previously noted, the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) have announced that the agencies will conduct a

1

"comprehensive" and "in-depth review over the coming months" of the Final Rule at issue in this case to "revis[e] guidelines for determining who is considered 'engaged in the business' of selling firearms." ECF No. 74. This matter is accordingly under review by senior DOJ leadership, and the requested extension would allow for the completion of necessary reviews and consultations.

For the reasons stated above, the Court should grant this Motion and extend Defendants' deadline to file their reply in support of their Cross-Motion for Summary Judgment to May 16, 2025.

Dated: May 8, 2025                      Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General
                                        Civil Division

                                        ANDREW I. WARDEN
                                        Assistant Director
                                        Federal Programs Branch

                                        /s/ Zachary W. Sherwood
                                        ZACHARY W. SHERWOOD
                                        (Indiana Bar No. 37147-49)
                                        KERI L. BERMAN
                                        JEREMY S.B. NEWMAN
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005

zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On May 8, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Alabama, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                              */s/ Zachary W. Sherwood*
                                              Zachary W. Sherwood
                                              Trial Attorney
                                              U.S. Department of Justice