UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DON BUTLER, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI,** *in her official capacity as Attorney General of the United States*, **et al.,**<br>    Defendants. | Case No. 1:24-cv-975-CLM |

## ORDER

On November 15, 2024, Defendants conventionally filed the certified administrative record. (Doc. 20). The Clerk's Office has recently informed the court that despite the administrative record's length, Clerk's Office procedure requires that the administrative record be filed electronically on CM/ECF. The court thus **ORDERS** Defendants to electronically file the certified administrative record on or before **August 21, 2025**. The court will deem the administrative record to have been filed on November 15, 2024, the date that it was conventionally filed.

**Done** and **Ordered** on August 7, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE