UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DON BUTLER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00975-CLM |

# CERTIFICATION OF ADMINISTRATIVE RECORD

I, Vivian S. Chu, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am currently the Division Chief, Office of Regulatory Affairs, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The Office of Regulatory Affairs serves as ATF's official point of contact for all matters relating to the creation of and/or changes to ATF's regulations and rulings, and also serves as the official liaison to the Department of Justice on all rulemaking projects. The information in this certification is based upon my personal knowledge or on information provided to me in the course of my official duties.

The materials listed in the index below, to the best of my knowledge, comprise the administrative record in the above referenced civil action.

1

INDEX TO THE ADMINISTRATIVE RECORD

1. Bipartisan Safer Communities Act, Public Law No. 117-159, 136 Stat. 1313 (2022)

2. Executive Order 14092, "Reducing Gun Violence and Making Our Communities Safer," 88 Fed. Reg. 16527 (3/14/23)

3. 44 Fed. Reg. 75186 (12/19/79)

4. 45 Fed. Reg. 20930 (3/31/80)

5. Memorandum for Assistant Director, Regulatory Enforcement, ATF, from Chief, Regulations and Procedures Division, ATF, re: Evaluation of Comments Received Concerning a Definition of the Phrase ''Engaged in the Business,'' Notice No. 331 (6/9/80)

6. Memorandum for Director, ATF, from Assistant Director (Regulatory Enforcement), ATF, re: Engaged in the Business, Notice No. 331 (6/12/80)

7. The Federal Firearms Owner Protection Act: Hearing on S. 914 Before the Committee on the Judiciary, 98th Cong., 1st Sess. (1983)

8. Federal Firearms Owner Protection Act, S. Rep. No. 98-583, 98th Cong., 2d Sess. (1984)

9. Firearms Owners' Protection Act, Public Law No. 99-308, 100 Stat. 449 (1986)

10. Public Law No. 99-360, 100 Stat. 766 (1986)

11. 53 Fed. Reg. 10480 (3/31/88)

12. 168 Cong. Rec. S3055 (daily ed. 6/22/22)

13. 168 Cong. Rec. H5906 (daily ed. 6/24/22)

14. William J. Krouse, Cong. Research Serv., IF12197, *Firearms Dealers "Engaged in the Business"* (8/19/22)

15. Letter to the Attorney General, Director of the FBI, Director of ATF, from Senators Cornyn and Tillis (11/1/22)

16. ArmsList Firearms Marketplace and list of vendors

17. U.S. Bureau of Labor Statistics: Employer Costs for Employee Compensation

18. Congressional Budget Office: Comparing the Compensation of Federal and Private-Sector Employees, 2011 – 2015

19. U.S. Department of Transportation Memo: "Revised Departmental Guidance on Valuation of Travel Time in Economic Analysis" (9/27/16)

20. Emily A. Shrider, Melissa Kolar, Frances Chen, Jessica Semega, *Income and Poverty in the United States: 2020* (9/14/21)

21. Salary Table 2023-DCB (Effective January 2023)

22. Pew Research Center, *America's Complex Relationship with Guns* (6/22/17)

23. Notice of Proposed Rulemaking, "Definition of 'Engaged in the Business' as a Dealer in Firearms," 88 Fed. Reg. 61993 (9/8/23)

24. Project Metrics Report, "Definition of 'Engaged in the Business' as a Dealer in Firearms," (ATF-2023-0002)

25. Total Number of Comments Received with further breakdowns

26. Chart categorizing comments (10/4/23)

27. Citation by Issue Report, "Definition of 'Engaged in the Business' as a Dealer in Firearms," Issue Numbers:  1 – 1.4; 2 – 2.8; 3 – 3.7; 4 – 4.11; 5; 6; 7; 8; 9

28. Email – RE:  historical FFL Applications, years 2015-2017, dated 2/6/23 with two attachments:  a list of Type 01 License Applications and a list of Type 02 License Applications

29. Email – FW:  Information Request:  GS Levels and time to process FFL Applications, dated 2/9/23

30. Email – RE:  Information Request:  Est Timeframe for IOI to Perform Initial Inspection, dated 2/13/23

31. Email – RE: FFL revocations:  CY 2018-2022, dated 2/27/23 with two attachments: a list of license revocations and a list of denials of renewal of license

32. Email – RE:  Wait time between applications for FFL and approval, dated 6/26/23

33. National Shooting Sports Foundation, "Firearm and Ammunition Industry, Economic Impact Report 2023"

34. Edward Helmore, "Gun purchases accelerated in the US from 2020 to 2021, study reveals," (12/20/21)

35. Armslist.com overview

36. American Journal of Public Health, Research and Practice, *The Relationship Between Gun Ownership and Firearm Homicide Rates in the United States, 1981 – 2010* (Nov. 2013, Vol. 103, No. 11)

37. U.S. Department of Justice, Bureau of Justice Statistics Special Report, "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016" (Jan. 2019)

38. Email – FW: Number of IOI hours on inspection, dated 11/29/23

39. ATF Economic Analysis

40. Press Release from the Office of Congressman David N. Cicilline: "Leading Gun Safety Advocates Join Cicilline to Support Fire Sale Loophole Closing Act" (1/9/13)

41. Everytown for Gun Safety: "Recommendations to Close the Gun Seller Loophole" (3/9/23)

42. Press Releases from the Department of Justice

43. White House Press Release: "FACT SHEET: New Executive Actions to Reduce Gun Violence and Make Our Communities Safer" (1/4/16)

44. ATF Publication 5310.2, "Do I Need a License to Buy and Sell Firearms?" (Jan. 2016)

45. ATF Publication 5310.2, "Do I Need a License to Buy and Sell Firearms?" (Aug. 2023)

46. New York Times, *Buffalo Shooting Gunman Kills 10 at Buffalo Supermarket in Racist Attack* (5/14/22)

47. ABC News, *At Least 19 Children, 2 Teachers Dead After Shooting at Texas Elementary School* (5/25/22)

48. Texas Tribune, *Death Toll in Midland-Odessa Mass Shooting Climbs to Eight, Including the Shooter* (8/31/19)

49. DOJ Press Release, "Man Who Sold Midland/Odessa Shooter AR-15 Used in Massacre Sentenced for Unlicensed Firearms Dealing" (1/7/21)

50. CBS News, *Prison for Man Who Sold Texas Shooter Seth Ator AR-15 Used in Midland-Odessa Massacre* (1/7/21)

51. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (July 2017)

52. ATF Information 5300.23A, "Important Notice to Dealers and Other Participants at Gun Shows" (June 2021)

53. Revenue Ruling 69-59

54. ATF, "How May a Licensee Participate in the Raffling of Firearms by an Unlicensed Organization?" (May 2020), www.atf.gov

55. ATF, "FFL Newsletter:  Federal Firearms Licensee Information Service" (June 2021)

56. Letter to Pheasants Forever, from Acting Chief, Firearms Programs Division, ATF (7/9/99)

57. ATF, "FFL Newsletter:  Federal Firearms Licensee Information Service" (Feb. 1999)

58. ATF, "FFL Newsletter:  Federal Firearms Licensee Information Service" (June 2010)

59. Auctioneer, "Selling Firearms—Legally:  A Q&A with the ATF" (June 2010)

60. ATF Intelligence Assessment, "Firearms and Internet Transactions" (2/9/16)

61. Mayors Against Illegal Guns, *Felon Seeks Firearm, No Strings Attached:  How Dangerous People Evade Background Checks and Buy Illegal Guns Online* (Sept. 2013)

62. Mayor Michael Bloomberg, City of New York, *Point, Click, Fire:  An Investigation of Illegal Online Gun Sales* (Dec. 2011)

63. ATF, "FFL Newsletter:  Federal Firearms Licensee Information Service" (Sept. 2016)

64. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (Mar. 2013, Vol. 2)

65. DOJ Press Release, "Minnesota Man Indicted for Dealing Firearms Without a License" (2/18/16)

66. DOJ Press Release, "Odenton, Maryland Man Exiled to 8 Years in Prison for Firearms Trafficking Conspiracy" (4/27/17)

67. DOJ Press Release, "Snapchat Gun Dealer Convicted of Unlawfully Manufacturing and Selling Firearms (10/4/22)

68. DOJ Press Release, "Sebring Resident Sentenced to Prison for Unlawfully Dealing Firearms on Facebook" (11/7/16)

69. Letter to Division Chief, Firearms and Explosives Industry Division, ATF from Mark Barnes and Associates, Request for Advisory Opinion on Licensing for Certain Gun Show Sellers (2/18/16)

70. Letter to Mark Barnes, Esq. from Chief, Firearms and Explosives Industry Division, ATF in response to Request for Advisory Opinion on Licensing for Certain Gun Show Sellers (2/17/17)

71. Letter to Senator Dan Coats from Deputy Director, ATF (8/22/90)

72. ATF Memorandum to Chief, Firearms and Explosives Operations Branch, ATF from Assistant Chief Counsel (Firearms and Explosives) re: Issuance of Firearms Licenses at Flea Market Locations (6/15/83)

73. ATF, "Does an Auctioneer Who Is Involved in Firearms Sales Need a Dealer's License?" (July 2020), www.atf.gov

74. ATF Publication 5300.4, *Federal Firearms Regulations Reference Guide*, Q&A L1 (2014)

75. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (May 2001)

76. ATF Ruling 96-2, *Engaging in the Business of Dealing in Firearms (Auctioneers)* (Sept. 1996)

77. ATF, "FFL Newsletter," (1990 Vol. 1)

78. Letter to the Editor, CarPac Publishing Company, from Acting Assistant Director (Regulatory Enforcement), ATF (7/26/79)

79. ATF, Fact Sheet: Facts and Figures for Fiscal Year 2022 (Jan. 2023)

80. Review of criminal cases FY18 to FY23 investigating violations of 18 U.S.C. 922(a)(1)(A) and 923(a)

81. In the Matter of Scott's Tactical Advantage, Application Nos. 9-93-019-01-PA-05780 and 05781 (Seattle Field Division) (4/3/18)

82. In the Matter of S.E.L.L. Antiques, Application No. 9-87-035-01-PA-00725 (Phoenix Field Division) (7/14/06)

83. DOJ Press Release, "Utah Business Owner Convicted of Dealing in Firearms Without a License and Filing False Tax Returns" (9/23/16)

84. DOJ Press Release, "Ex-Pasadena Police Lieutenant Sentenced to One Year in Federal Prison for Unlicensed Selling of Firearms and Lying on ATF Form" (2/25/19)

85. Website: Learn about the 30-Day Money Back Guarantee: How to Return Your Firearm, Walther Arms

86. Website: Retail Policies, Center Target Sports

87. Website: Warranty & Return Policy, Century Arms

88. Website: I Love You PEW 30 Day Firearm Guarantee, Alphadog Firearms

89. Website: Return Exceptions Policy, Big 5 Sporting Goods

90. Website: Returns, Transfers & Consignments, DFW Gun Range & Academy

91. Website: Return Policy RifleGear

92. Website: Gun-Buyer Remorse Is a Thing of the Past, Stoddard's Range and Guns

93. Website: Palmetto State Armory's Hassle-Free Return Policy, AskHandle

94. Website: Instructions for Returns/Repairs, Rock River Arms

95. Website: "No Regrets'' Policy, Granite State Indoor Range

96. DOJ Press Release, "FFL Sentenced for Selling Guns to Unlicensed Dealers" (5/27/22)

97. ATF, "May a Licensee Create a Personal Collection to Avoid the Recordkeeping and NICS Background Check Requirements of the GCA?" (July 2020), www.atf.gov

98. ATF, "Does a Licensee Have to Record Firearms Acquired Prior to Obtaining the License in Their Acquisition and Disposition Record?" (July 2020), www.atf.gov

99. ATF Publication 5300.4, *Federal Firearms Regulations Reference Guide*, Q&A (F2) (2014)

100. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (Feb. 2011)

101. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (Mar. 2006)

102. ATF, "May a Licensee Store Personal Firearms at the Business Premises?" (July 2020), www.atf.gov

103. ATF Industry Circular 72–30, *Identification of Personal Firearms on Licensed Premises Not Offered for Sale* (10/10/72)

104. ATF, "May a Licensee Maintain a Personal Collection of Firearms? How Can They Do So?" (July 2020,) www.atf.gov

105. ATF Form 7 (5300.12), *Application for Federal Firearms License* (Oct. 2020)

106. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (Sept. 2011)

107. DOJ Press Release, "Asheville Man Sentenced for Dealing Firearms Without a License" (1/20/17)

108. Baltimore Sun, *Closed Store is a Source of Guns* (4/15/08)

109. The Well News, *Booker Bill Takes Aim at Gun Fire Sale Loophole* (9/9/22)

110. Politico: On Congress Blog, *Ackerman Proposes Gun Control Bill to Close "Firesale Loophole,"* (1/12/11)

111. DOJ Press Release, "Gunsmoke Gun Shop Owner and Former Discovery Channel Star Indicted and Arrested for Conspiracy, Dealing in Firearms without a License and Tax Related Charges" (2/11/16)

112. Letter to Assistant United States Attorney, Northern District of Texas, from ATF Assistant Chief Counsel (Dallas) regarding 43 firearms seized (3/13/98)

113. ATF Ruling 2010–1, *Temporary Assignment of a Firearm by an FFL to an Unlicensed Employee* (5/20/10)

114. ATF, "Does an Officer or Employee of an Entity That Holds a Federal Firearms License, Such as a Corporation, Have to Undergo a NICS Check When Acquiring a Firearm for Their Own Personal Collection?" (May 2020), www.atf.gov

115. ATF, "FFL Newsletter: Federal Firearms Licensee Information Service" (Sept. 2013 Vol. 2)

116. Letter from 149 Members of the U.S. House of Representatives to ATF, dated 12/1/23

117. Letter from 7 Members of the U.S. House of Representative to ATF, dated 12/7/23

118. Letter from 17 Members of the U.S. Senate to ATF, dated 11/30/23

119. CNN, *'Universal Background Check:' What Does It Mean*? (1/28/13)

120. ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Volume Two, Part III: Crime Guns Recovered and Traced Within the United States and Its Territories* (3/27/24)

121. Letter from 4 Member so the U.S. House of Representatives to ATF, dated 10/12/23

122. Letter from 9 Members of the U.S. House of Representatives to ATF, dated 12/7/23

123. Letter from 7 Members of the U.S. Senate to ATF, dated 9/21/23

124. Letter from Senators Cornyn and Tillis to ATF, dated 12/7/23

125. Letter from Senator Grassley to ATF, dated 12/7/23

126. FBI, Crim. Just. Info. Servs. Div., National Instant Criminal Background Check System 2022 Operational Report

127. DOJ Press Release, "Justice Department Marks More Than 500 Illegal Firearm Purchases Stopped by New Enhanced Background Checks" (1/5/24)

128. ATF, National Tracing Center: "Demand Letter Program" (Feb. 2024), www.atf.gov

129. ATF Form 3310.12, *Report of Multiple Sale or Other Disposition of Certain Rifles* (Feb. 2024)

130. ATF Form 5300.5, *Demand Letter 2 Program: Report of Firearms Transactions* (Dec. 2021)

131. ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Volume Two, Part II: National Tracing Center Overview* (1/11/23)

132. DOJ Press Release, "Justice Department Announces Publication of Second Volume of National Firearms Commerce and Trafficking Assessment: Report Presents Unprecedented Data on Crime Gun Intelligence and Analysis" (2/1/23)

133. ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Volume Two, Part V: Firearm Thefts* (1/11/23)

134. Excerpt from Eighth Circuit Model Jury Instructions (2023 Edition)

135. Email – RE: historical FFL Applications, years 2015-2017, dated 2/6/23 with two attachments: a list of Type 01 License Applications and a list of Type 02 License Applications

136. ATF Special Agent Survey regarding presumptions and pie chart

137. ATF Industry Operations Investigator survey

138. Enlisted Auctions, *How Do I Sell My Firearms?* https://www.enlistedauctions.com/resources/how-do-i-sell-my-firearms

139. Dunlap Gun Buyers, *How to Sell a Gun in Maryland: A Comprehensive Guide (*9/8/23)

140. ATF, "Facilitating Private Sales: A Federal Firearms Licensee Guide" (Mar. 2024)

141. ATF Procedure. 2020–2, "Recordkeeping and Background Check Procedure for Facilitation of Private Party Firearms Transfers" (9/2/20)

142. David Pérez Esparza et al., *Examining a Dataset on Gun Shows in the US, 2011–2019*, 4 Journal of Illicit Economies and Development 86 (2022)

143. Crossroads of the West, "2024 Gun Show Calendar"

144. Gun Show Trader, "Missouri Gun Shows 2024," https://gunshowtrader.com

145. NRA Museums, "Evaluating Firearms Conditions," www.nramuseums.org

146. Alexander Reville, *What are all the AK Variants?* guns.com (1/5/24)

147. Aaron Basiliere, *The AR–15 Pistol: The Rise of America's Rifle Variant*, catoutdoors.com (4/19/22)

148. ATF, "Important Notice: Selling Firearms AFTER Revocation, Expiration, or Surrender of an FFL" (6/3/21)

149. ATF, "Important Notice: Selling Firearms AFTER Revocation, Expiration, or Surrender of an FFL" (12/1/14)

150. National Council for Nonprofits, *Myths About Nonprofits,* https://www.councilofnonprofits.org/ about-americas-nonprofits/myths-about-nonprofits (last visited Mar. 7, 2024)

151. The Coutts Agency, *The Importance of Marketing for Your Firearms Company,* htpps://couttsagency.com/digital-marketing-for-firearms-companies (last visited Mar. 18, 2024)

152. Joshua Claflin, *Maximizing ROI With Effective Firearms Marketing Tactics (The Complete Guide)*, Garrison Everest (Nov. 24, 2023)

153. IRS, Topic No. 409, *Capital Gains and Losses*, https://www.irs.gov/taxtopics/tc409

154. *eBay for Business*, eBay, https:// www.ebay.com/sellercenter/ebay-for-business

155. *Venmo for Business*, Venmo, https:// venmo.com/business/profiles/

156. *Sell in person with Shopify Point of Sale*, Shopify, https://www.shopify.com/pos/free-trial/ sell-retail

157. *Your unique business. Our all-in-one solution*, PayPal, https://www.paypal.com/us/ webapps/mpp/campaigns/business/contact

158. *I'm a Small Business Using Zelle*, Zelle, https://www.zellepay.com/faq/smallbusiness-using-zelle

159. State of Maryland, *Obtain Licenses or Permits*, https://businessexpress.maryland.gov/start/licenses-and-permits

160. State of Colorado, *Do I Need a Business License*, https://coloradosbdc.org/do-i-need-a-business-license

161. State of Michigan, *Who Needs a Sales Tax License*, https://www.michigan.gov/taxes/business-taxes/sales-use-tax/resources/who-needs-a-sales-tax-license

162. State of Ohio, *Licenses & Permits*, https://ohio.gov/jobs/resources/licenses-and-permits

163. Executive Order 12866, Regulatory Planning and Review (9/30/93)

164. Office of Mgmt. & Budget, OMB Circular No. A–4 (2003)

165. Office of Mgmt. & Budget, OMB Circular No. A–4 (2023)

166. Gallop, *What Percentage of Americans Own Guns?* (11/13/20), https://news.com/poll/264932/

167. Houston Chronicle, *Zoning Laws for Home Businesses*

168. A.J. Sidransky, *Home-Based Businesses: Challenges for Today's Co-ops, Condos and HOAs*, New Eng. Condominium (Oct. 2016)

11

169. Everytown for Gun Safety, *The Economic Cost of Gun Violence* (7/19/22)

170. Nathaniel J. Glasser et al., *Economics and Public Health: Two Perspectives on Firearm Injury Prevention*, 704 Annals Am. Acad. Pol. & Soc. Sci. 44 (Nov. 2022)

171. Government Accountability Office, "Firearm Injuries: Health Care Service Needs and Costs" (2021)

172. Vox, *Study: 1 in 5 gun purchases reportedly go through without a background check* (1/4/17)

173. Bloomberg, *Mapping How Guns Get Around Despite Background Check Laws* (10/22/15)

174. ATF, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (5/5/22)

175. ATF, *National Firearms Commerce and Trafficking Assessment: Crime Gun Intelligence and Analysis*, *Volume Two* (1/11/23), Table of Contents, www.atf.gov

176. FBI, "NICS Participation Map" (2/1/24)

177. https://www.armslist.com/

178. The Verge, *The Craigslist of Guns: Inside Armslist, the online 'gun show that never ends'* (1/16/20)

179. National Public Radio, *Semi-Automatic Weapons Without a Background Check Can Be Just A Click Away* (6/17/16)

180. Sample Size Calculator, Calculator.net (last accessed April 8, 2024), https://www.calculator.net/ sample-size-calculator.html. Such lists are available at https://www.similarweb.com/website/armslist.com/ #overview.  (Sample of 379)

181. Email – RE:  SME Best Guesstimate Questions, dated 1/4/24

182. Azrael, D., Hepburn, L., Hemenway, D., & Miller, M. (2017). *The stock and flow of U.S. firearms: Results from the 2015 National Firearms Survey*. The Russell Sage Foundation Journal of the Social Sciences 3(5), 38–57 (pp. 39 and 51)

183. U.S. Dep't of Health and Human Servs., "Valuing Time in the U.S. Department of Health and Human Services Regulatory Impact Analyses: Conceptual Framework and Best Practices," 40–41 (June 2017)

184. Judicial decisions cited in the Final Rule regarding ATF authority generally, in regard to presumptions, and as to identifying presumptions

185. Memorandum to Everytown for Gun Safety from Wilmer Hale, Re: Use of Rebuttable Presumptions in ATF Civil and Administrative Proceedings, dated 1/24/24

186. Final Rule, "Definition of 'Engaged in the Business' as a Dealer in Firearms," 89 Fed. Reg. 28968 (4/19/24)

187. Memorandum to Everytown for Gun Safety from Wilmer Hale, Re: Bipartisan Safer Communities Act's Definition of "Engaged in the Business" of Dealing in Firearms, dated 3/6/23

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of November, 2024.

_____
Vivian S. Chu
Division Chief
Office of Regulatory Affairs
Bureau of Alcohol, Tobacco, Firearms and Explosives