UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DON BUTLER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00975-CLM |

## NOTICE OF RESUMPTION OF APPROPRIATIONS

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to, *inter alia*, the Department of Justice, effective November 13, 2025. Accordingly, pursuant to the Court's October 1, 2025 Text Order, ECF No. 98, Defendants respectfully notify the Court that Congress has appropriated funds for the Department of Justice.

Dated: November 17, 2025        Respectfully submitted,

                                                      BRETT A. SHUMATE
                                                      Assistant Attorney General
                                                      Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(Indiana Bar No. 37147-49)
KERI L. BERMAN
JEREMY S.B. NEWMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On November 17, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Alabama, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

            */s/ Zachary W. Sherwood*
            Zachary W. Sherwood
            Trial Attorney
            U.S. Department of Justice