FILED

2026 May-13  PM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

DON BUTLER, *et al.*,

     *Plaintiffs*,

    v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,

     *Defendants*.

Case No. 1:24-cv-00975-CLM

## JOINT STATUS REPORT

Pursuant to this Court's order of April 7, 2026, *see* Text Order, ECF No. 107, the parties hereby submit this Joint Status Report.  On April 29, 2026, the Senate voted to confirm Robert Cekada to be Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  On May 4, 2026, Director Cekada (who had previously been serving as Deputy Director of ATF) was sworn in.  On May 6, 2026, ATF published in the Federal Register a notice of proposed rulemaking, proposing a rule that would change the "Engaged in the Business" Rule under review in this case.  *See* ATF, Notice of Proposed Rulemaking, Revising Regulations Defining "Engaged in the Business" as a Dealer in Firearms, 91 Fed. Reg. 24424 (May 6, 2026) ("NPRM").  The NPRM invited all interested persons to submit comments on

1

the proposed rule, on or before August 4, 2026. *See id.* at 24424-25, 24434-35. In accordance with the Administrative Procedure Act's provisions regarding notice-and-comment rulemaking, ATF will consider the comments in order to decide whether to issue a final rule. *See* 5 U.S.C. § 553(b), (c).

Plaintiffs have reviewed the NPRM. Plaintiffs' position is that the Court should extend the stay in this case until ATF takes a final action on the NPRM (such as issuing a final rule with the force of law) or otherwise decides how to act on the NPRM (such as by withdrawing the NPRM or deciding not to issue a final rule). Plaintiffs do not believe that the NPRM itself has any effect on Plaintiffs' claims or the Court's summary judgment ruling, but Plaintiffs would like the opportunity to see how ATF acts on the NPRM before deciding how to proceed in this case. Defendants agree that this case should be stayed pending a final action or decision by ATF on the NPRM. Accordingly, the parties jointly propose that the Court extend the stay in this case until ATF issues a final rule or otherwise decides how to act on the NPRM.

Dated: May 13, 2026    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
(D.C. Bar No. 1024112)
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
jeremy.s.newman@usdoj.gov
(202) 532-3114

*Counsel for Defendants*

*/s/ James W. Porter, III*
James W. Porter, III
W. Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
jporter@bradley.com
clamar@bradley.com

John Parker Sweeney (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 393-7150
jsweeney@bradley.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

On May 13, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Alabama, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
U.S. Department of Justice