FILED
2026 Aug-21 AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| DON BUTLER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00975-CLM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of May 21, 2026, *see* Text Order, ECF No. 109, the parties hereby submit this Joint Status Report. As the parties have previously reported, on May 6, 2026, ATF published in the Federal Register a notice of proposed rulemaking, proposing a rule that would change the "Engaged in the Business" Rule, 89 Fed. Reg. 28,968 (Apr. 19, 2024) (the "Rule"), under review in this case. *See* ATF, Notice of Proposed Rulemaking, Revising Regulations Defining "Engaged in the Business" as a Dealer in Firearms, 91 Fed. Reg. 24424 (May 6, 2026) ("NPRM"). The NPRM invited all interested persons to submit comments on the proposed rule, on or before August 4, 2026. *See id.* at 24424-25, 24434-35. That NPRM is pending before ATF.

In *Texas v. ATF*, 2:24-cv-89 (N.D. Tex.) ("*Texas*"), another lawsuit involving a challenge to the Rule, on June 12, 2026, the Court entered final judgment for plaintiffs, vacating the Rule in full. *See* Final Judgment, *Texas*, ECF No. 176 (N.D. Tex. June 12, 2026). Defendants in *Texas* filed a motion to alter or amend the judgment, seeking to narrow the scope of the court's vacatur. On August 13, 2026, the court denied that motion. *See* Order, *Texas*, ECF No. 185 (N.D. Tex. Aug. 13, 2026). The deadline for Defendants to notice an appeal in *Texas* is October 13, 2026.

Plaintiffs and Defendants agree that the stay previously entered in this case should remain in place. *See* Text Order, ECF No. 109.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
(D.C. Bar No. 1024112)
Chief Litigation Counsel
KERI L. BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
jeremy.s.newman@usdoj.gov
(202) 532-3114

*Counsel for Defendants*

*/s/ James W. Porter, III*
James W. Porter, III
W. Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
jporter@bradley.com
clamar@bradley.com

John Parker Sweeney (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 393-7150
jsweeney@bradley.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

On August 21, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Alabama, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
U.S. Department of Justice